IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOCA RATON COMMUNITY HOSPITAL, INC.

       Plaintiff,                  MISC. S-06-0094 MCE GGH

   vs.

TENET HEALTHCARE CORP.,

       Defendant.               <u>ORDER</u>

_____/

       All parties have stipulated that the nonparty subpoena be withdrawn, and the motion to quash the subpoena be withdrawn, thereby resolving the case. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this action.

DATED: 10/2/06

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE